**No. P66/254.**—Ross Products, Inc. *v.* United States, protest 58/21970 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hose nozzles simi-

lar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), except that the component material of chief value of the merchandise herein is zinc, the claim of the plaintiff was sustained.